**Order entered September 24, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00837-CV

## HON. JEFFREY A. LIPSCOMB, Appellant

## V.

## MAYOR MIKE RAWLINGS, ET AL., Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02003-E**

## ORDER

The reporter's record in this case has not been filed. By letter dated September 4, 2019, we informed appellant the court reporter notified us that the reporter's record had not been filed because appellant had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellant to provide the Court with written verification showing the reporter's record had been requested and that appellant had paid for or made arrangements to pay for the record or had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record.

By letter dated September 20, 2019, appellant requested the Court to "move forward on filing without the reporter's record." Accordingly, we **ORDER** this appeal submitted without a reporter's record.

Appellant filed a brief on July 15, 2019, before either the clerk's or the reporter's record had been filed. By letter dated July 18, 2019, the Court notified appellant the brief did not comply with the requirements of Texas Rule of Appellate Procedure 38.1, including among other things, a failure to cite to the record. We directed appellant to file an amended brief that was in compliance with rule 38.1 within thirty days after the record was complete. Appellant filed an amended brief on July 29, 2019, again before either the clerk's or reporter's record had been filed. By letter dated September 5, 2019, after the clerk's record had been filed, appellant notified the Court he would not be filing an amended brief. Accordingly, we **ORDER** the appeal submitted on appellant's July 29, 2019 amended brief.

Appellee's brief is due **THIRTY DAYS** from the date of this order.

/s/    ERIN A. NOWELL
JUSTICE